# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**THEODORE TARELL ARNOLD**,

    Plaintiff,

v.

**WARDEN MARTY ALLEN, ET AL.**,

    Defendants.

Civil Action No. 7:14-CV-86 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 8) in which he recommends permitting Plaintiff to proceed with his due process claims against the named defendants but dismissing all of Plaintiff's remaining claims. Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Plaintiff may proceed with his due process claims. Plaintiff's claims for violations of his Eighth Amendment rights, right to access courts, equal protection, and Double Jeopardy are dismissed without prejudice.

**SO ORDERED**, this 28th day of October, 2014.

    *s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**

aks