IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**THEODORE TARELL ARNOLD**,

    Plaintiff,

v.

**WARDEN MARTY ALLEN, ET AL.**,

    Defendants.

Civil Action No. 7:14-CV-86 (HL)

### ORDER

This case is before the Court following Plaintiff's request to file out-of-time objections to the Report and Recommendation issued on October 2, 2014. (Doc. 8). According to a letter received by the Court November 17, 2014 (Doc. 16), Plaintiff did not receive a copy of the Recommendation and, hence, did not have the opportunity to file timely objections. The Court hereby grants Plaintiff's request. The Clerk of Court is directed to resend Plaintiff a copy of the Recommendation. Plaintiff may file written objections to the Recommendation **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO ORDERED**, this 18th day of November, 2014.

                      *s/ Hugh Lawson*
                      **HUGH LAWSON, SENIOR JUDGE**

aks